UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61238-CIV-SMITH

JANET CARASQUILLO,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

    This matter is before the Court on the United States Magistrate Judge's Amended Report [DE 24], in which the Magistrate Judge recommends that Plaintiff's Unopposed Motion for Attorney's Fees and Costs under the Equal Access to Justice Act ("Motion") [DE 21] be granted in part and denied in part. No objections have been filed.

    In her Motion, Plaintiff seeks an award of $400.00 in costs and $5,135.85 in fees for 23.7 hours of attorney work as follows: (i) for 3.8 hours at an hourly rate of $207.78 in 2020; (ii) for 17.8 hours at an hourly rate of $217.54 in 2021; and (iii) for 2.1 hours at an hourly rate of $225.75 in 2022. The Government concedes that the hourly rate billed by Plaintiff's attorney is reasonable and does not object to Plaintiff's claim for $400.00 as the cost for filing her action. However, the Government objects to 1.2 hours expended on clerical tasks during 2020 as non-compensable, and to 10.9 hours spent to draft and complete the fact summary for Plaintiff's motion for summary judgment as excessive. The Magistrate Judge agrees. The Magistrate Judge recommends reducing the number of compensable hours to draft and complete the fact summary by 4 hours and disallowing the 1.2 hours for the itemized clerical tasks. In sum, the Magistrate Judge recommends

that Plaintiff be awarded fees in the amount of $4,016.35, instead of the requested $5,135.85, as follows:

| Year | Hours Claimed | Adjusted Hours | Hourly Rate | Amount Claimed | Adjusted Amount |
|---|---|---|---|---|---|
| 2020 | 3.8 hours | 2.6 hours | $207.78 | $789.56 | $540.22 |
| 2021 | 17.8 hours | 13.8 hours | $217.54 | $3,872.21 | $3,002.05 |
| 2022 | 2.1 hours | 2.1 hours | $225.75 | $474.08 | $474.08 |
| Totals | 23.7 hours | 18.5 hours | -------- | $5,135.85 | **$4,016.35** |

Therefore, after reviewing the Report and Recommendation, the record, and given that neither party objects, it is

**ORDERED** that:

1. Plaintiff's Unopposed Motion for Attorney's Fees and Costs under the Equal Access to Justice Act [DE 21] be **GRANTED in part and DENIED in part**.

2. Plaintiff is awarded **$4,016.35** in fees and **$400** in costs to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

3. All pending motions are **DENIED as moot**.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of April 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record